■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY S. WACKWITZ, SR., Appellant. (Appeal No. 2.) [939 NYS2d 904]—Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered November 9, 2009. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Wackwitz* (93 AD3d 1220 [2012]). Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.